**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELMER DIONICIO ALVARENGA NATAREN<br><br>　　　　Plaintiff,<br><br>v.<br><br>THIP KHAO, LLC, et al.<br><br>　　　　Defendants. | Case No. 1:16-cv-01060-JDB |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses this action against *all defendants with prejudice*, Plaintiff to bear his own costs and attorneys' fees.

Date: 07/12/2016　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　<u>/s/ Justin Zelikovitz, Esq.</u>
　　　　　　　　　　　　　　　　　　　Justin Zelikovitz, #986001
　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
　　　　　　　　　　　　　　　　　　　519 H Street NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　Phone: (202) 803-6083
　　　　　　　　　　　　　　　　　　　Fax: (202) 683-6102
　　　　　　　　　　　　　　　　　　　justin@dcwagelaw.com